McKnight *against* Chauncey and Aiken.

### *Interest ; injunction.*

Action upon five promissory notes of $1,000 each, and an account of $350, which plaintiff claimed to recover as surviving assignee of Charles Chapman. The account was admitted. The notes were given by defendants to Chapman for his interest in a steam planing mill, which defendants purchased of Chapman, and assumed the debts ; and they alleged that Chapman fraudulently represented to them that certain debts were paid, which proved not to have been paid, and were afterwards paid by them — and they claimed a set-off against the notes to that extent.

The plaintiff, after the assignment of the notes to him, and before he obtained possession of them, filed a bill against Chapman, the assignee, to obtain them ; and the defendants were made parties, and an injunction obtained and served on them, restraining them from paying the notes to Chapman ; and they claimed to be exempt from the payment of interest, while the injunction was in force. Both these claims were overruled by the referee.

*Held*, that notwithstanding the injunction, the defendants might have paid the money to the plaintiff, who was entitled to it, or might have paid it into court ; and not having done so, were rightly charged with interest.

That the referee having found a report against the existence of fraud in relation to the outstanding debts of the planing mill, his finding could not be disturbed on appeal.